# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2055 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 124 DB 2012 |
| v. | : | |
| | : | Attorney Registration No. 48217 |
| DEAN I. ORLOFF, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 14th day of August, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 31, 2014, the Petition for Review and responses thereto, it is hereby

ORDERED that Dean I. Orloff is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.